BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
Fax: (702) 366-0327
email:  bsd@thorndal.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LUIS   JEANJAQUES-MAURISSET,   an individual; IDALMIS ESCOBAR-LEON,   an individual,<br><br>                              Plaintiffs,<br><br>vs.<br><br>YVONNE   RICHARDSON,   an   individual; DOES   I   through   V,   inclusive;   and   ROE CORPORATIONS I through V, inclusive,<br><br>                              Defendants. | CASE No. 2:23-cv-00361-APG-VCF<br><br><br>**Stipulation and Order for Dismissal with Prejudice** |

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Luis Jeanjaques-

Maurisset and Idalmis Escobar-Leon, and Defendant, Yvonne Richardson, by and through their

…

…

…

1

undersigned counsel of record, that the above-entitled action be dismissed with prejudice, each side to bear their own attorney's fees and costs.

DATED this 8th day of January, 2024.          DATED this 5th day of January, 2024

The Law Office of Kristian Lavigne & Assoc., PC          THORNDAL ARMSTRONG, PC

/s/ *Jeffrey Lavigne*

By:_____          By:_____ _____
 Kristian W. Lavigne, Esq.                                    BRUCE SCOTT DICKINSON, ESQ.
 Jeffrey Lavigne, Esq.                                          Nevada Bar No. 002297
 8064 W. Sahara Ave., Suite 102                            1100 E. Bridger Avenue
 Las Vegas, NV 89117                                         Las Vegas, NV  89101
 Tel: (702) 732-3529 / Fax: (702) 724-9073          TEL: (702)  366-0622 /
 kris@myrebellawyer.com                                   Fax: (702)  366-0327
 jeff@myrebellawyer.com                                  email:  bsd@thorndal.com

Attorneys for Plaintiffs                                       Attorneys for Defendant

**Order**

 **IT IS SO ORDERED.**

 Dated this __10th__ day of _____January_____, 2024.

 _____
              **United States District Court Judge**

2